**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**ROGER D. HILL**                                                                                     **PLAINTIFF**

**v.**                         **Civil No. 05-3026**

**JO ANNE B. BARNHART, COMMISSIONER**
**SOCIAL SECURITY ADMINISTRATION**                      **DEFENDANT**

### O R D E R

Now on this 12th day of May, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #8), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the ALJ's decision denying the plaintiff benefits is hereby **affirmed and plaintiff's complaint is dismissed with prejudice.**

                                                         **/s/Jimm Larry Hendren**
                                                         **HON. JIMM LARRY HENDREN**
                                                         **UNITED STATES DISTRICT JUDGE**